Michael J. CLAYMORE,
Plaintiff–Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.

No. 07–1522–cv.

United States Court of Appeals,
Second Circuit.

Nov. 25, 2008.

Mark Schneider, Plattsburgh, N.Y., for Appellant.

Tomasina Digrigoli, Special Assistant U.S. Attorney (Barbara L. Spivak and Richard A. Hill, on the brief) for Glenn T. Suddaby, U.S. Attorney, Northern District of New York, New York, N.Y., for Appellee.

PRESENT: Hon. GUIDO CALABRESI, Hon. CHESTER J. STRAUB and Hon. REENA RAGGI, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Michael Claymore appeals the judgment of the District Court affirming the denial of his application for Social Security benefits. We have considered all of Plaintiff–Appellant's arguments and have found them to be without merit. Accordingly, the judgment of the District Court is **AFFIRMED** for substantially the reasons in the District Court's opinion.